# United States District Court
# For The Western District of North Carolina
# Asheville Division

Pennsylvania National Mutual Insurance Company,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　2:12-cv-00007

LC Jones, Jr. , et al ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/24/12 Order.

        Signed: September 24, 2012

        *Frank G. Johns*

        Frank G. Johns, Clerk
        United States District Court