# United States District Court
## For The Western District of North Carolina
### Asheville Division


Pennsylvania National Mutual Insurance Company,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      2:12-cv-00007

LC Jones, Jr. , et al ,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/24/12 Order.


                              Signed: September 24, 2012

_____

Frank G. Johns, Clerk
United States District Court